UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

FILED
ASHEVILLE, NC
NOV 25 2026
U.S. DISTRICT COURT
W. DISTRICT OF N.C.

Christopher Curtis McGill
Plantiff,

vs.

Clevland County Sheriff Department

Defendant(s).

COMPLAINT

Case No. 1:26-cv-00409-MR

## A. JURISDICTION

Jurisdiction is proper in this court according to:

X 42 U.S.C.§1983

_____ 42 U.S.C. §1985

_____ Other (Please specify) ____________________

## B. PARTIES

1. Name of Plaintiff: Christopher Curtis McGill
   Address: Clevland County Jail Annex
   407 McBrayer St.
   Shelby N.C. 28150

2. Name of Defendant: Clevland County Sheriff Dept. Officer(s)/Deputie(s)
   Address: Sheriff Office in Clevland County N.C.

   Is employed as K-9 Handlers/Deputie(s) (Position/Title) at Sheriff Dept. in Clevand County N.C. (Organization)

Was the defendant acting under the authority or color of state law at the time these claims occurred? YES X NO _____, if "YES" briefly explain:
All officer(s) on Crime Scene was acting under Color of State Law while on duty Working for the Clevland County Sheriff Dept. Who is payed by the U.S. Government. the date the Plantiff was attacked.

3. Name of Defendant: Clevland County Sheriff Dept. K-9 Officer
Address: Sheriff Office in Clevland County

Is employed as Deputy Sheriff K-9 Unit (Position/Title) at Sheriff Dept. in Clevland County N.C. (Organization)

Was the defendant acting under the authority or color of state law at the time these claims occurred? YES ✓ NO _____, if "YES" briefly explain:
All officer(s) on Crime Scene was acting under Color of State Law while on duty working for the Clevland County Sheriff Dept. Who is payed by the U.S. Government The date the Plantiff was attacked.

4. Name of Defendant: Clevland County Sheriffs Office.
Address: Sheriff Office in Clevland County N.C.

Is employed as Government Official(s) (Position/Title) at Sheriff Office (Organization)

Was the defendant acting under the authority or color of state law at the time these claims occurred? YES X NO _____, if "YES" briefly explain:
Sheriff Office is responsible for the training and discipline of all its officers and or personell payed by the U.S. Government To be proffesional and act according to Laws of Rules and Regulation and Standards required by Laws set in Place by Law makers and the Framers of the U.S. Constitution. Evidence proves Such was not and is not the case here.
(Use additional sheets if necessary.)

## C. NATURE OF CASE

Why are you bringing this case to court? Please explain the circumstances that led to the problem. Back in May of 2024 I was at 2731 Philadelphia Road in Lawndale N.C. asleep and was awaken by being bitten on my Right Lower leg by A K-9 officer dog that was big and black in color. The dog bite was So servere That I could not walk for Atleast Three mounts. I stayed in the hospital 5 to 7 days and had over 15 stitches placed were I was bit. The Hospital Staff had to put me to Sleep in order to perform the surgery. The dog continued to bite me as officers stood back and watched without Commanding the dog to stop. The dog bit me four additional times. The officers allowed the dog to continue its attack on me and Said nothing the entire time.

## D. CAUSE OF ACTION

I allege that my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach additional pages)

a. (1) Count 1: Police Brutality Abuse of authority

(2) Supporting Facts: (Describe exactly what each defendant did or did not do. State the facts clearly in your own words without citing any legal authority. Use additional sheets if necessary.)

All officers that was present inside the home allowed there dog to bite me several times while they sat there and watched I was not A threat I was not runing from any officer's nor did attempt to harm any officer They did nothing but watch there dog attack me. Sharpe Pains daily.

b. (1) Count 2: Excessive Force

(2) Supporting Facts: (Describe exactly what each defendant did or did not do. State the facts clearly in your own words without citing any legal authority. Use additional sheets if necessary.)

After the officers allowed the attack of there dog bites officers had to carry me out of the home because I could not walk at all due to the serverness of the bite to my leg my Blood was pouring out my leg like A water running down A drain and I have never exsprienced so much pain in my life and I still feel pain from those bites unto this day.

## E. INJURY

How have you been injured by the actions of the defendant(s)? Yes

To this date I have poor circulation in my foot in which goes completly num and I can not stand on it I have to sit down for A while. I don't have no feeling at all were none of the dog bites are which is my right lower left side of my leg, two bites on my right Chest, One bite on my Left lower side, and the last bite is on my left upper back side of my arm. I was on pain meds for atleast Three mounts I had to have the bites Cleaned daily for atleast Three mounts. I could not take A shower or get the bite on my Leg wet for atleast Two mounts due to the bandages and stitches that was in my Right lower leg.

F. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

Have you filed other lawsuits in state or federal court that deal with the same facts that are involved in this action? YES ______ NO ✓

If your answer is "YES", describe each lawsuit. (If there is more than one lawsuit, describe additional lawsuits on additional separate pages, using the same outline.)

1. Parties to previous lawsuits:

Plaintiff(s):____________________

Defendants(s):____________________

2. Name of court and case or docket number:

____________________

3. Disposition (for example, was the case dismissed? Was it appealed? Is it still pending?)

____________________

____________________

____________________

4. Issued raised:

____________________

____________________

____________________

5. When did you file the lawsuit?____________________
Date: Month/Year

6. When was it (will it be) decided?____________________

Have you previously sought informal or form relief from the appropriate administrative officials regarding the acts complained of in Part D? YES ______ NO X

If your answer is "YES" briefly describe how relief was sought and the results. If your answer is "NO" explain why administrative relief was not sought.

There is no one to seek relief when they all are employed by the Government acting under Color of Law in the same County Which is Cleveland County N.C. Although I did file A

A Grievance which is A complaint on the Kiosk Machine located at the Jail Although Still nothing has been done in regaurds to these matters listed.

## G. REQUEST FOR RELIEF

I believe I am entitled to the following relief:

In all Officer(s) that was present the date of Individual Capicity in the sum of $4,000,000.00

Also Injunctive relief that way none of the officers(s) that were present will be allowed to work for any Police Dept. And or Government dept. anywhere in any State agian seeing in this case they allowed and engaged in the Illegal conduct.

JURY TRIAL REQUESTED YES X NO ___

Signed at Clevland County Det. Center Jail on 11/4/2026
(Location) (Date)

Christopher Curtis McGill
Signature

Address: Clevland County Jail
100 Justice Place
Shelby N.C. 28150
| Jail Annex
407 McBrayer St
Shelby N.C. 28150

Phone: N/A
E-Mail:

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was mailed/ delivered to the following individuals at the addresses listed:

______________________________

______________________________

______________________________

______________________________

______________________________

This the 4 day of November, 2026.

Christopher Curtis McGill
Signature

Christopher Curtis McGill
(Print Name)